# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148550

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ZIGMOND CHIROPRACTIC, P.C.,
          Plaintiff/Counter-Defendant-
          Appellant,

v

SC:  148550
COA:  304756
Wayne CC:  09-010906-CZ

AAA MICHIGAN,
          Defendant/Counter-Plaintiff/
          Third-Party Plaintiff-Appellee,

and

NEUROSCIENCE, P.C.,
          Third-Party Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the July 25, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

h0421